THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH JAWORSKI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 10, 1922; decided October 27, 1922.)

APPEAL from a judgment of the Supreme Court, rendered December 9, 1921, at a Trial Term for the county of Chautauqua, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Warner S. Rexford* for appellant.

*William S. Stearns, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.